UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| THOMAS R. DIXON, | ) | Case No. 10-28299 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"),

counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final

application for compensation and reimbursement of expenses and represents to the Court as

follows:

1.      The Debtor filed his voluntary petition under Chapter 7 on June 24, 2010.

2.      The first meeting of creditors was held on August 26, 2010.

3.      On June 1, 2011, an order was entered approving the employment of U&H as

counsel for the Trustee.  A copy of the June 1, 2011 Order approving the employment of

Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4.      U&H is requesting the allowance and payment of $3,567.50, in compensation for

13.30 hours of services performed during the period from May 16, 2011 through June 25, 2012

and reimbursement of actual expenses in the amount of $248.60

5.      A description of the nature of the services rendered and the major activities

undertaken by U&H on behalf of the Trustee in this case are as follows:

6.      Employment of Bankruptcy Counsel.  U&H provided 2.00 hours of services to the

Trustee with a value of $430.00 in connection with the Trustee's motion to employ U&H as his

bankruptcy counsel. The services included drafting the motion and attending the hearing on the motion, which was granted on June 1, 2011.

7.      Trustee's Motion for Release of Surplus Funds. U&H provided 10.10 hours of services to the Trustee with a value of $2,579.50 in connection with the Trustee's recovery of surplus foreclosure sale proceeds from the Clerk of the Circuit Court of Cook County. The services included researching and drafting two separate motions – one for the Circuit Court of Cook County and the second for the Bankruptcy Court. The services also included three separate court appearances in the Circuit Court of Cook County and the Bankruptcy Court. Orders were entered in both courts authorizing the Clerk of the Circuit Court to release the surplus foreclosure sale proceeds to the Trustee.

8.      Review of Proofs of Claim. U&H provided .70 hours of services to the Trustee with a value of $325.50 related to the Trustee's review of the proofs of claims filed in this case. The services included a comparison of the filed proofs of claims and the scheduled claims to determine whether the filed proofs of claims were duplicative, excessive or otherwise subject to an objection.

9.      Fee Application. U&H provided .50 hours of service to the Trustee with a value of $232.50 in connection with the drafting of U&H's first and final application in this case.

10.      Summary of Services. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Trustee's Motion for Release of Surplus Funds | 10.10 | $2,579.50 |
| Employment of Bankruptcy Counsel | 2.00 | $430.00 |
| Review of Proof of Claims | .70 | $325.50 |
| Fee Application | .50 | $232.50 |
| TOTALS | 13.30 | $3,567.50 |

2

11.    Attached as Exhibit "B" is an itemized statement of the legal services rendered by

U&H in chronological order.   The statement reflects the legal services rendered, the time

expended and a description of the work performed.

12.    The time expended and services rendered by the individual U&H attorneys are

summarized as follows:

| Attorney | Hours | Blended Hourly Rate(s) | Total |
|---|---|---|---|
| R. Scott Alsterda | 2.90 | $459.14 | $1,331.50 |
| Patrick F. Ross | 10.40 | $215.00 | $2,236.00 |
| TOTAL | 13.30 | | $3,567.50 |

13.    Exhibit "B" also includes an itemized statement of the actual expenses incurred

by U&H in connection with its representation of the Trustee.   The expenses include postage

($20.40), copying ($12.20), Appearance Fee for the Circuit Court of Cook County ($206.00) and

Messenger services ($10.00) for a total amount of $248.60.

14.    Based on the nature, extent and value of services performed by U&H, the results

achieved, and the costs of comparable services, the compensation and reimbursement of

expenses sought are fair and reasonable.

15.    At all times during U&H's representation of the Trustee, U&H was a disinterested

person and neither represented nor held an interest adverse to the estate with respect to matters

on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount

of $3,567.50 for legal services rendered in this case and reimbursement of actual and necessary

expenses in the amount of $248.60.


DATE: July 5, 2012                              Respectfully Submitted

                                                UNGARETTI & HARRIS LLP

                                                /s/ R. Scott Alsterda


Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
70 WEST MADISON AVENUE, SUITE 3500
CHICAGO, IL  60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com