# UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT   DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: § 
 § 
DIXON, THOMAS R § Case No. 10-28299 TAB
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    KENNETH S. GARDNER
    CLERK OF THE COURT
    219 South Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/11/2012 in Courtroom 642,

    United States District Court
    219 South Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIXON, THOMAS R | § | Case No. 10-28299 TAB |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 55,764.64 |
| and approved disbursements of | $ | 15,529.86 |
| leaving a balance on hand of[1] | $ | 40,234.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 4,826.46 | $ 0.00 | $ 4,826.46 |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ 0.90 | $ 0.00 | $ 0.90 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 3,567.50 | $ 0.00 | $ 3,567.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 248.60 | $ 0.00 | $ 248.60 |
| Other: International Sureties, Ltd. | $ 44.44 | $ 44.44 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,643.46 |
| Remaining Balance | | $ | 31,591.32 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,135.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | Department of the Treasury | $ 1,135.79 | $ 0.00 | $ 1,135.79 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 1,135.79 |
| Remaining Balance | $ | 30,455.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 113,308.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,815.79 | $ 0.00 | $ 2,638.33 |
| 000002 | Midland Credit Manangement, Inc. | $ 10,115.15 | $ 0.00 | $ 2,718.80 |
| 000003 | Midland Credit Manangement, Inc. | $ 7,509.60 | $ 0.00 | $ 2,018.46 |
| 000004 | Midland Credit Manangement, Inc. | $ 7,658.02 | $ 0.00 | $ 2,058.36 |
| 000005A | Department of the Treasury | $ 284.81 | $ 0.00 | $ 76.55 |
| 000006 | American Express Centurion Bank | $ 657.68 | $ 0.00 | $ 176.77 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Chase Bank USA, N.A. | $ 15,840.15 | $ 0.00 | $ 4,257.59 |
| 000008 | HS Financial Group, LLC | $ 15,473.34 | $ 0.00 | $ 4,158.99 |
| 000009 | American Express Centurion Bank | $ 30,218.25 | $ 0.00 | $ 8,122.20 |
| 000010 | FIA Card Services, NA/Bank of America | $ 15,735.58 | $ 0.00 | $ 4,229.48 |

Total to be paid to timely general unsecured creditors     $     30,455.53

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-28299-TAB
Thomas R Dixon                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: acox              Page 1 of 3         Date Rcvd: Aug 06, 2012
                            Form ID: pdf006         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2012.
```
db          #+Thomas R Dixon,    607 Fairbanks Court,    Unit Z1,    Schaumburg, IL 60194-5130
15758077     +Allied Interstate,    3000 Corporate Exchange Dr., 5th Floor,    Columbus, OH 43231-7723
15758078      American Express,    P.O. Box 297814,    Ft. Lauderdale, FL  33329-7814
17408507      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15758079     +Baker & Miller, P.C.,    29 N. Wacker Dr., 5th Floor,    Chicago, IL 60606-2854
15758081      Capital One,   PO Box 85167,    Richmond, VA  23285-5167
15758082     +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
17411580      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15758083     +Citibank,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
15758075     +Dixon Thomas R,    607 Fairbanks Court,    Unit Z1,    Schaumburg, IL 60194-5130
15758086     +Frederick J. Hanna & Assoc., P.C.,    1427 Roswell Rd.,    Marietta, GA 30062-3668
15758088     +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
               Houston, TX 77081-1108
15758087     +Gatewood Condominium Association,    C/O Keogh & Moddy, P.C.,    1001 E. Chicago Ave., Suite 103,
               Naperville, IL 60540-5500
15758092     +Matrix Financial Services Corp.,    C/O Pierce & Associate,    1 N. Dearborn, Suite 1300,
               Chicago, IL 60602-4321
15758094     +Sears Credit Card,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
15758095     +St. Alexis Hospital,    1555 Barrington Rd.,    Hoffman Estates, IL 60169-1099
15758096     +Stoneleigh Recovery Associates, LLC,    P.O. Box 1441,    Lombard, IL 60148-8441
15758097    #+Zwicker And Associates, P.C.,    7366 N. Lincoln Ave., Ste. 404,    Lincolnwood, IL 60712-1741
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15758084      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2012 03:12:53     Discover,   P.O. Box 30943,
               Salt Lake City, UT  84130
15758090      E-mail/Text: cio.bncmail@irs.gov Aug 07 2012 00:51:21     Department of the Treasury,
               Internal Revenue Service,    P O Box 7346,   Philadelphia PA 19101-7346
17300196      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2012 03:12:53     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
17678417      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2012 03:10:55
               FIA Card Services, NA/Bank of America,    MBNA America Bank, NA,
               by American InfoSource LP as its agent,    PO Box 248809,   Oklahoma City, OK  73124-8809
15758089     +E-mail/Text: bankruptcy@hsfinancialgroup.net Aug 07 2012 00:56:12     HS Financial Group, LLC,
               P.O. Box 451193,    Westlake, OH 44145-0630
15758093      E-mail/Text: bankruptcydpt@mcmcg.com Aug 07 2012 00:53:23     Midland Credit Management,
               8875 Aero Dr., Ste. 200,    San Diego, CA  92123-2255
17311159     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 07 2012 00:53:23     Midland Credit Manangement, Inc.,
               8875 Aero Drive, Suite 200,    San Diego CA 92123-2255
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17616579*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15758080    ##Bank Of America,    P.O. Box 15026,   Wilmington, DE  19850-5026
15758085   ##+FMA Alliance, Ltd.,    11811 N. Freeway, Ste. 900,    Houston, TX 77060-3292
15758091   ##+Keough & Moody, P.C.,    1001 E. Chicago Ave., #103,    Naperville, IL 60540-5500
15758076    ##Ruddy Milroy & King LLC,    1700 N Farnsworth Ave Suite 12,    Aurora, IL  60505-1186
                                                                                  TOTALS: 0, * 1, ## 4
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: acox                Page 2 of 3              Date Rcvd: Aug 06, 2012
                              Form ID: pdf006           Total Noticed: 25

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: acox                  Page 3 of 3                  Date Rcvd: Aug 06, 2012
                              Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2012 at the address(es) listed below:
         Dana N O'Brien    on behalf of Creditor   MATRIX FINANCIAL SERVICES CORP dobrien@atty-pierce.com,
          northerndistrict@atty-pierce.com
         Lincoln M King    on behalf of Debtor Thomas Dixon lincoln@ruddyking.com,    jruddy@ruddyking.com
         Patrick F Ross    on behalf of Trustee R Alsterda pfross@uhlaw.com,
          kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfe
          ibus@uhlaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         R Scott Alsterda    on behalf of Trustee R Alsterda rsalsterda@uhlaw.com
         R Scott Alsterda    rsalsterda@uhlaw.com,   ralsterda@ecf.epiqsystems.com
                                                                                            TOTAL: 6