# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIXON, THOMAS R | § | Case No. 10-28299 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/R. SCOTT ALSTERDA, TRUSTEE _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Thomas R. Dixon |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Gatewood Condominium Association C/O Keogh & Moddy, P.C. 1001 E. Chicago Ave., Suite 103 Naperville, IL 60540 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Matrix Financial Services Corp. C/O Pierce & Associate 1 N. Dearborn, Suite 1300 Chicago, IL  60602 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Kansas City Service Center Kansas City, MO  64999-0025 | | | | | |
| 000005B | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 297814 Ft. Lauderdale, FL 33329-7814 | | | | | |
| | American Express P.O. Box 297814 Ft. Lauderdale, FL 33329-7814 | | | | | |
| | Bank Of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Capital One PO Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Discover P.O. Box 30943 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Credit Card P.O. Box 6282 Sioux Falls, SD  57117 | | | | | |
| | St. Alexis Hospital 1555 Barrington Rd. Hoffman Estates, IL  60169 | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000005A | DEPARTMENT OF THE TREASURY | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000008 | HS FINANCIAL GROUP, LLC | | | | | |
| 000002 | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |
| 000003 | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

**Exhibit 8**

Case No:        10-28299    TAB    Judge: TIMOTHY A. BARNES

Case Name:      DIXON, THOMAS R

For Period Ending: 11/12/12

Trustee Name:    R. SCOTT ALSTERDA, TRUSTEE

Date Filed (f) or Converted (c):    06/24/10 (f)

341(a) Meeting Date:    08/26/10

Claims Bar Date:    08/17/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 607 Fairbanks Court, Unit Z1, Schaumburg, IL 60194 | 190,000.00 | 55,759.07 | | 55,759.07 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking at Corporate America Family Credit Union | 3.00 | 0.00 | | 0.00 | FA |
| 4. Savings at Corporate America Family Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 5. Misc. household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Necessary clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7. Whole life issued by Prudential | 1,230.00 | 0.00 | | 0.00 | FA |
| 8. 2001 Saturn SL2 (joint owner with mother) | 750.00 | 0.00 | | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.90 | Unknown |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $193,283.00        $55,759.07            $55,764.97        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims review and Final Report.

Initial Projected Date of Final Report (TFR): 02/28/12        Current Projected Date of Final Report (TFR): 07/20/12

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 10-28299 -TAB |
| Case Name: | DIXON, THOMAS R |
| Taxpayer ID No: | *******9267 |
| For Period Ending: | 11/12/12 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9792  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 40,235.11 | | 40,235.11 |
| 09/17/12 | 030001 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,567.50 | 36,667.61 |
| 09/17/12 | 030002 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 248.60 | 36,419.01 |
| 09/17/12 | 030003 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL  60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 4,826.43 | 31,592.58 |
| 09/17/12 | 030004 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL  60602-4283 | Chapter 7 Expenses | 2200-000 | | 0.90 | 31,591.68 |
| 09/17/12 | 030005 | Department of the Treasury Internal Revenue Service P O Box 7346 Philadelphia PA 19101-7346 | Claim 000005B, Payment 100.00000% | 5800-000 | | 1,135.79 | 30,455.89 |
| 09/17/12 | 030006 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 26.87873% | 7100-000 | | 2,638.36 | 27,817.53 |
| 09/17/12 | 030007 | Midland Credit Manangement, Inc. 8875 Aero Drive, Suite 200 San Diego CA 92123 | Claim 000002, Payment 26.87879% | 7100-000 | | 2,718.83 | 25,098.70 |
| 09/17/12 | 030008 | Midland Credit Manangement, Inc. 8875 Aero Drive, Suite 200 San Diego CA 92123 | Claim 000003, Payment 26.87880% | 7100-000 | | 2,018.49 | 23,080.21 |
| 09/17/12 | 030009 | Midland Credit Manangement, Inc. 8875 Aero Drive, Suite 200 San Diego CA 92123 | Claim 000004, Payment 26.87875% | 7100-000 | | 2,058.38 | 21,021.83 |
| 09/17/12 | 030010 | Department of the Treasury Internal Revenue Service P O Box 7346 Philadelphia PA 19101-7346 | Claim 000005A, Payment 26.87757% | 7100-000 | | 76.55 | 20,945.28 |
| 09/17/12 | 030011 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 26.87933% | 7100-000 | | 176.78 | 20,768.50 |
| 09/17/12 | 030012 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000007, Payment 26.87879% | 7100-000 | | 4,257.64 | 16,510.86 |
| 09/17/12 | 030013 | HS Financial Group, LLC P.O. Box 451193 Westlake, OH 44145 | Claim 000008, Payment 26.87875% | 7100-000 | | 4,159.04 | 12,351.82 |

Page:   2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-28299  -TAB | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | DIXON, THOMAS R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9792  Checking Account |
| Taxpayer ID No: | *******9267 | | |
| For Period Ending: | 11/12/12 | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/17/12 | 030014 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 26.87876% | 7100-000 | | 8,122.29 | 4,229.53 |
| 09/17/12 | 030015 | FIA Card Services, NA/Bank of America<br>MBNA America Bank, NA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000010, Payment 26.87877% | 7100-000 | | 4,229.53 | 0.00 |

Ver: 17.00b

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 10-28299  -TAB |
| Case Name: | DIXON, THOMAS R |
| Taxpayer ID No: | *******9267 |
| For Period Ending: | 11/12/12 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5503  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/11 | 1 | Dorothy Brown Clerk of the Circuit Ct. of Cook County Real Estate Escrow Surplus Fund Account Daley Center, Room 1005 Chicago, IL 60602 | Surplus Funds - Foreclosure Sale | 1110-000 | 55,759.07 | | 55,759.07 |
| 07/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 55,759.22 |
| 08/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,759.69 |
| 09/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 55,760.15 |
| 10/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,760.62 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.04 | 55,689.58 |
| 11/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 55,690.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 68.66 | 55,621.38 |
| 12/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,621.85 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 68.57 | 55,553.28 |
| 01/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.48 | | 55,553.76 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 72.86 | 55,480.90 |
| 02/29/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 55,481.34 |
| 02/29/12 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 44.44 | 55,436.90 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 65.94 | 55,370.96 |
| 03/30/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 55,371.42 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 68.09 | 55,303.33 |
| 04/30/12 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.46 | | 55,303.79 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 70.26 | 55,233.53 |
| 05/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,234.00 |
| 06/25/12 | 000302 | Thomas R. Dixon 536 Morton Avenue Aurora, IL 60506 | | 8100-000 | | 15,000.00 | 40,234.00 |
| 06/29/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 40,234.44 |
| 07/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,234.78 |
| 08/31/12 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.33 | | 40,235.11 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 40,235.11 | 0.00 |

**Total Of All Accounts       0.00**

Ver: 17.00b